UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 95-377 |
| HERMAN H. STEVENSON | SECTION: "S" (2) |

### ORDER AND REASONS

**IT IS HEREBY ORDERED** that Herman H. Stevenson, III's Motion for Reduction of Sentence under 18 U.S.C. § 3582(c)(2) Pursuant to Retroactive Guideline Amendment 782 (Doc. #692) is **DENIED WITHOUT PREJUDICE** to Stevenson refiling the motion if and when Amendment 782 becomes effective.

On April 30, 2014, the United States Sentencing Commission promulgated Amendment 782, which generally revised the Drug Quantity Table and chemical quantity tables across drug and chemical types in the United States Sentencing Guidelines. The Commission stated that Amendment 782 would be effective on November 1, 2014, unless Congress modifies or disapproves of it before that date. On July 18, 2014, the Commission decided to make Amendment 782 retroactively applicable to previously sentenced defendants if it becomes effective. Stevenson has moved for a sentence reduction under Amendment 782, but the amendment is not yet, and may not become, effective. Therefore, his motion is DENIED WITHOUT PREJUDICE to his refiling it if and when Amendment 782 becomes effective.

New Orleans, Louisiana, this ___ day of August, 2014.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE