# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 95-377 |
| HERMAN H. STEVENSON | SECTION: "S" (2) |

## ORDER AND REASONS

**IT IS HEREBY ORDERED** that Herman H. Stevenson, III's Motion to Invoke This Honorable District Court Supervisory Power to Dismiss (Doc. #742) is **DENIED**.

The United States Court of Appeals for the Fifth Circuit has held that a post-conviction motion to dismiss the indictment is construed as a motion made under 28 U.S.C. § 2255. United States v. Lawson, 83 Fed. Appx. 619 (5th Cir. 2003). Stevenson was released from prison on October 30, 2015. In Zalawadia v. Ashcroft, 371 F.3d 292, 297 (5th Cir. 2004), the United States Court of Appeals for the Fifth Circuit explained that "for a court to exercise *habeas* jurisdiction over a petitioner no longer in custody, the petitioner must demonstrate that he was in custody at the time he filed the petition *and* that his subsequent release has not rendered the petition moot[.]" The motion was filed on February 16, 2018, more than two years after Stevenson was released. Therefore, this court cannot exercise jurisdiction over the motion, and it is DENIED.

New Orleans, Louisiana, this  31st  day of May, 2018.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE